UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------x
                                   :

UNITED STATES OF AMERICA    :    Docket No. 3:14CR00066(AWT)
                                   :

v.                                   :
                                   :

DONALD GAINES                  :    December 24, 2014
                                   :
-------------------------------------------------------x

## MOTION TO WITHDRAW AS COUNSEL

      Undersigned counsel, Sarah A. L. Merriam, respectfully requests leave to withdraw as counsel for Donald Gaines in the above-captioned case. Attorney Tracy Hayes of the Office of the Federal Defender has now filed an appearance in this matter. Attorney Hayes will be handling this case from this point forward.

      Undersigned counsel has sent a copy of this motion to Mr. Gaines, and has provided Mr. Gaines' file to Attorney Hayes. Mr. Gaines is aware that Attorney Hayes is taking over his case.

      Accordingly, the undersigned requests that the Court terminate her appearance in this matter.

        Respectfully submitted,

        The Defendant,
        Donald Gaines

        Office of the Federal Defender

Dated: December 24, 2014       /s/ Sarah A. L. Merriam
        Sarah A. L. Merriam
        Assistant Federal Defender
        265 Church Street, Suite 702
        New Haven, CT   06510
        Bar No. ct25379
        Phone: 203-498-4200
        Fax: 203-498-4207
        Email: sarah_merriam@fd.org

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on December 24, 2014, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/   Sarah A. L. Merriam
        Sarah A. L. Merriam